Fred Allen SMITH, Appellant,

v.

The STATE of Texas, Appellee.

No. 28744.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery by assault, with prior convictions; the punishment, life.

The appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.